IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00173-WYD-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY L. FRANKE;
JUDY G. FRANKE;
ROBERT E. WOODFORD, TRUSTEE, FRANKE FAMILY TRUST;
SUNDANCE HILLS HOMEOWNERS ASSOCIATION;
REGIONS MORTGAGE; and
COLORADO DEPARTMENT OF REVENUE,

    Defendants.

### ORDER

THIS MATTER comes before the Court on the Stipulation of Dismissal of Defendant Regions Mortgage filed June 27, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation of Dismissal is **APPROVED**, and Defendant Regions Mortgage is **DISMISSED WITHOUT PREJUDICE**.  Regions Mortgage shall pay its own costs, expenses, and attorney fees.

Dated:  June 29, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge