IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00173-WYD-PAC

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LARRY L. FRANKE;
JUDY G. FRANKE;
ROBERT E. WOODFORD, TRUSTEE, FRANKE FAMILY TRUST;
REGIONS MORTGAGE; and
COLORADO DEPARTMENT OF REVENUE,

     Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY   **ORDERED**  the parties Joint Motion to Vacate Settlement Conference (Docket No. **43,** Filed  April 23, 2007) is **GRANTED.**  The Settlement Conference presently scheduled **May 01, 2007**  at **1:30 p.m.** is **VACATED.**  It is further

     **ORDERED**  a Telephonic Status Conference is set  **JUNE  05,  2007  at 10:00 a.m.**  Parties are directed to consult with each other prior to the hearing to make arrangements to establish one  conference call prior to contacting the court.  Once the conference call is established, the court may then be added by dialing **(303)844-4892** at the set date and time.

Dated:  April 23, 2007