IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00173-WYD-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY L. FRANKE;
JUDY G. FRANKE;
ROBERT E. WOODFORD, TRUSTEE, FRANKE FAMILY TRUST;
SUNDANCE HILLS HOMEOWNERS ASSOCIATION; and
COLORADO DEPARTMENT OF REVENUE,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Joint Stipulation to Dismiss with Prejudice (filed July 31, 2007).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Joint Stipulation to Dismiss with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorney fees and costs.

Dated:  July 31, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge